FILED
United States Court of Appeals
Tenth Circuit

May 6, 2025

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

JANE ROE,

      Plaintiff - Appellant,

v.

COLORADO JUDICAL DEPARTMENT,
a division of the State of Colorado, et al.,

      Defendants - Appellees.

No. 25-1180
(D.C. No. 1:24-CV-03400-STV)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court *sua sponte* following the opening of this appeal. A review of the district court docket has revealed a potential defect in this court's appellate jurisdiction. Accordingly, the court is considering this matter for summary dismissal. *See* 10th Cir. R. 27.3(B).

Appellant Jane Roe seeks to appeal an April 7, 2025, order issued by a magistrate judge. The district court case is ongoing. Generally, this court's jurisdiction is limited to review of final decisions of the district courts. *See* 28 U.S.C. § 1291. This court lacks jurisdiction to review an order entered by a magistrate judge unless the magistrate judge was proceeding upon designation of a district judge and with consent of the parties pursuant to 28 U.S.C. § 636(c). *See Phillips v. Beierwaltes*, 466 F.3d 1217, 1222 (10th Cir. 2006). Because the magistrate judge was not proceeding upon designation of a district judge and with consent of the parties, and because the district court has not issued

a final decision, it appears this court lacks jurisdiction to review the order that Ms. Roe seeks to challenge.

Accordingly, **within 21 days of the date of this order**, Ms. Roe shall file a written response addressing only this issue and why this appeal should not be dismissed for lack of jurisdiction. In the alternative, Ms. Roe may (1) voluntarily dismiss her appeal, *see* Fed. R. App. P. 42(b); or (2) elect not to file a response to this show cause order, in which case the court will dismiss her appeal without further notice for lack of prosecution, *see* 10th Cir. R. 42.1.

Finally, briefing on the merits of this appeal is SUSPENDED pending further written order of this court. *See* 10th Cir. R. 27.3(C).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk