# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Consent to Electronic Service

| | |
|---|---|
| Jane Roe, Appellant | |
| v. | Case No. 25-1180 |
| Colorado Judicial Dept. et al. | |

    I hereby notify the clerk that I consent to receive electronic service of all documents filed in this appeal via the Court's Electronic Case Management system (ECF). All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below. If my email address changes, I will promptly notify the clerk in writing of my new email address. I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this appeal. I understand that I need to separately consent to electronic service for each appeal in which I wish to receive electronic service and this consent is only effective as to the above captioned appeal(s).

_____Jane Roe_____
**Name**

_____Jane.RoeWY@icloud.com_____
**Email address (type or print clearly)**

_____*Jane Roe*_____
**Signature**

## CERTIFICATE OF SERVICE

    I hereby certify that on ___May 20, 2025___ I sent a copy of the Consent to Electronic Service to: ___The Court___ at _____, the last known address/email address, by ___Email___.

[state method of service]

___May 20, 2025___         ___*Jane Roe*___
Date                                      Signature