# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Motion for Extension of Time to Respond to Order to Show Cause

## And

## Request for Permission to E-file

| | |
|---|---|
| Jane Roe,<br>Appellant<br><br>v.<br><br>Colorado Judicial Dept. et al.,<br>Appellees | Case No. 25-1180 |

Pursuant to Federal Rule of Appellate Procedure 6 the undersigned, pro se appellant Jane Roe respectfully requests an extension of time to submit her response to the Order to Show Cause, entered on May 6, 2025, and for Permission to Efile. As grounds therefore, Appellant states:

The Court's Order to Show Cause was not mailed out from the Court until May 7, 2025, and was not received until May 13. *See attached Exhibit 1*.

Because seven of the 21 days allowed for a response had already passed before I received the Order, I am asking for an additional fourteen (14) days to respond to the order (so I have the full 21 days contemplated by the order plus some extra time for mailing and because I have to travel to gain access to the resources necessary to complete the response).

After looking up the case on PACER, I saw that the court also sent a Case Opening letter on May 6, 2025 with additional information. This letter was not received at all.
Because the court apparently is not mailing out papers the same day they are filed with the court, and there are significant mailing delays that would also unfairly reduce her time to respond to deadlines in this appeal, Appellant seeks leave to file electronically so she is not prejudiced by these mailing delays and non-receipt of service copies.

WHEREFORE, Appellant respectfully requests the court to grant this motion and reset the deadline for her to respond to the Order to Show Cause through and including June 10, 2025, and to grant her request for permission to use the ECF system for filing papers and receiving notifications in this Appeal.

1

Respectfully submitted on May 20, 2025,

  /s/ Jane Roe_____
Signature

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, I filed this with the court by email and the clerk will send notice to the Appellees electronically when the document is filed.

__/s/ Jane Roe_____
Signature



UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Jane Roe
34 North Franklin
POB 6871992
Pinedale, WY 82941

5/13

FP US POSTAGE $000.69⁰
First-Class - IMI
ZIP 80257
05/07/2025
036B 0011830899

Exhibit 1

FILED
United States Court of Appeals
Tenth Circuit

May 6, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

JANE ROE,

    Plaintiff - Appellant,

v.

COLORADO JUDICAL DEPARTMENT,
a division of the State of Colorado, et al.,

    Defendants - Appellees.

No. 25-1180
(D.C. No. 1:24-CV-03400-STV)
(D. Colo.)

---

**ORDER**

---

    This matter is before the court *sua sponte* following the opening of this appeal. A review of the district court docket has revealed a potential defect in this court's appellate jurisdiction. Accordingly, the court is considering this matter for summary dismissal. *See* 10th Cir. R. 27.3(B).

    Appellant Jane Roe seeks to appeal an April 7, 2025, order issued by a magistrate judge. The district court case is ongoing. Generally, this court's jurisdiction is limited to review of final decisions of the district courts. *See* 28 U.S.C. § 1291. This court lacks jurisdiction to review an order entered by a magistrate judge unless the magistrate judge was proceeding upon designation of a district judge and with consent of the parties pursuant to 28 U.S.C. § 636(c). *See Phillips v. Beierwaltes*, 466 F.3d 1217, 1222 (10th Cir. 2006). Because the magistrate judge was not proceeding upon designation of a district judge and with consent of the parties, and because the district court has not issued

a final decision, it appears this court lacks jurisdiction to review the order that Ms. Roe seeks to challenge.

Accordingly, **within 21 days of the date of this order**, Ms. Roe shall file a written response addressing only this issue and why this appeal should not be dismissed for lack of jurisdiction. In the alternative, Ms. Roe may (1) voluntarily dismiss her appeal, *see* Fed. R. App. P. 42(b); or (2) elect not to file a response to this show cause order, in which case the court will dismiss her appeal without further notice for lack of prosecution, *see* 10th Cir. R. 42.1.

Finally, briefing on the merits of this appeal is SUSPENDED pending further written order of this court. *See* 10th Cir. R. 27.3(C).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk