**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 20, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

JANE ROE,

     Plaintiff - Appellant,

v.

COLORADO JUDICAL DEPARTMENT,
a division of the State of Colorado, et al.,

     Defendants - Appellees.

No. 25-1180
(D.C. No. 1:24-CV-03400-STV)
(D. Colo.)

## ORDER

This matter is before the court on Appellant's *Motion for Extension of Time to Respond to Order to Show Cause and Request for Permission to E-File*. As grounds for the request for additional time, Appellant states that she did not receive the order until May 13, meaning seven of her allotted 21 days to respond to the order had already passed. She requests an additional fourteen days to respond.

The motion is granted in part; Appellant shall have until June 3, 2025, to file her response to this court's May 6, 2025, order to show cause. The request to e-file shall be addressed separately.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk