FILED  
United States Court of Appeals  
Tenth Circuit

June 5, 2025

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

JANE ROE,

    Plaintiff - Appellant,

v.

COLORADO JUDICAL DEPARTMENT, a division of the State of Colorado, et al.,

    Defendants - Appellees.

No. 25-1180  
(D.C. No. 1:24-CV-03400-STV)  
(D. Colo.)

---

## ORDER

---

This matter is before the court on Appellant's response to this court's May 6, 2025, show cause order. Upon consideration, the issue is referred to the panel of judges who will later be assigned to consider this appeal on the merits; the court will not make any decision on it at this time. In due course, the Clerk will provide Appellant with instructions for prosecuting this appeal.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk